IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN W. GALIOTTO, | : |
| | : |
| Plaintiff, | : |
| | : Civil Action No. 2:17-cv-01473-RCM |
| | : |
| WESTINGHOUSE ELECTRIC COMPANY WELFARE BENEFIT PLAN and AETNA LIFE INSURANCE COMPANY, | : |
| | : |
| Defendant. | : |

## STIPULATION TO DISMISS DEFENDANT WESTINGHOUSE ELECTRIC COMPANY WELFARE BENEFIT PLAN WITHOUT PREJUDICE

Plaintiff Shawn W. Galiotto and Defendant Aetna Life Insurance Company hereby agree to dismiss Defendant Westinghouse Electric Company Welfare Benefit Plan without prejudice pursuant to Rule 41.

Date: December 11, 2017

*s/ Brian Patrick Bronson*
Brian Patrick Bronson (PA 89035)
QuatriniRafferty, P.C.
550 East Pittsburgh Street
Greensburg, PA  15601
Phone: 724.837.0080
Fax: 724.837.1348
Email: bpb@qrglaw.com

*Attorneys for Plaintiff*

*s/ Brian P. Downey*
Brian P. Downey (PA 59891)
PEPPER HAMILTON LLP
Suite 200, 100 Market Street
P.O. Box 1181
Harrisburg, PA 17108-1181
Phone: (717) 255-1155
Fax: (717) 238-0575
Email: downeyb@pepperlaw.com

*Attorneys for Defendant*

IT IS SO ORDERED:

_____
Hon. Robert C. Mitchell